# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENTRONN PRIEST,

    Plaintiff,

v.

JORGE OSVALDO ROMERO MALLARD, et al.,

    Defendants.

Case No. 2:23-cv-01620-CDS-NJK

**Order**

This case was removed to this Court on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Defendants' certificate of interested parties fails to identify citizenship attributed to any Defendant. *See* Docket No. 2.

Accordingly, Defendants must file an amended certificate of interested parties by October 17, 2023, fully identifying the citizenship of every individual and entity attributed to them.

IT IS SO ORDERED.

Dated: October 10, 2023

                                          Nancy J. Koppe
                                          United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.

1