KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:	(702) 363-5100
Facsimile:	(702) 363-5101
E-mail: KWilson@messner.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENTRONN PRIEST, an individual,<br><br>Plaintiff<br><br>v.<br><br>JORGE OSVALDO ROMERO MALLARD, an individual; OLD DOMINION FREIGHT LINE, INC. a foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants | CASE NO: 2:23-cv-01620-CDS-NJK<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff KENTRONN PRIEST and Defendants JORGE OSVALDO ROMERO MALLARD and OLD DOMINION FREIGHT LINE, INC., by and through their respective counsel of record, that Plaintiff's claims against Defendants are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

. . .

. . .

. . .

16029.0001

| | |
|---|---|
| Dated this __24th__ day of April 2024. | Dated this __12__ day of April 2024. |
| MESSNER REEVES LLP | THE POWELL LAW FIRM |
| _/s/ Karie N. Wilson_ | _/s/ Paul D. Powell_ |
| KARIE N. WILSON, ESQ. | PAUL D. POWELL, ESQ. |
| Nevada Bar No. 7957 | Nevada Bar No. 7488 |
| kwilson@messner.com | paul@tplf.com |
| 8945 W. Russell Road, Suite 300 | TRAYSEN N. TURNER, ESQ. |
| Las Vegas, NV 89148 | Nevada Bar No. 16017 |
| *Attorneys for Defendants* | tturner@tplf.com |
| | 8918 Spanish Ridge Ave, Suite 100 |
| | Las Vegas, Nevada 89148 |
| | *Attorneys for Plaintiff* |

## ~~(PROPOSED)~~ ORDER FOR DISMISSAL OF ALL CLAIMS, WITH PREJUDICE

IT IS HEREBY ORDERED THAT the claims asserted by Plaintiff KENTRONN PRIEST against Defendants JORGE OSVALDO ROMERO MALLARD and OLD DOMINION FREIGHT LINE, INC are hereby DISMISSED, WITH PREJUDICE, the parties to bear their own fees and costs.

The Clerk of Court may close this case.

_____
U.S. District ~~Court~~ Judge
Dated: April 29, 2024

Respectfully submitted by:

MESSNER REEVES LLP

_/s/ Karie N. Wilson_
KARIE N. WILSON, ESQ.
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*

16029.0001